IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCI ILLINOIS SERVICES, INC. an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MITZVAH MEMORIAL FUNERALS, INC., d/b/a LLOYD MANDEL MITZVAH MEMORIAL FUNERALS, LLOYD MANDEL, individually and as agent of MITZVAH MEMORIAL FUNERALS, INC., d/b/a LLOYD MANDEL MITZVAH MEMORIAL FUNERALS.<br><br>Defendants. | Court No.: |

## COMPLAINT FOR INJUCTIVE AND OTHER RELIEF

NOW COMES the Plaintiff, SCI Illinois Services, Inc, an Illinois corporation ("SCI") by and through its attorneys, Philip R. Kujawa, Kourtney A. Mulcahy and Conrad Nowak of HINSHAW & CULBERTSON, LLP, and for its Complaint against Defendant MITZVAH MEMORIAL FUNERALS, INC., d/b/a LLOYD MANDEL MITZVAH MEMORIAL FUNERALS, and LLOYD MANDEL, individually and as agent of MITZVAH MEMORIAL FUNERALS, INC., d/b/a LLOYD MANDEL MITZVAH MEMORIAL FUNERALS (collectively "Mandel" unless stated otherwise), states as follows:

### THE PARTIES

1. SCI is an Illinois corporation which owns and operates funeral homes and cemeteries throughout northern Illinois and beyond.

2. Lloyd Mandel is an individual who owns and operates Mitzvah Memorial Funerals, Inc., d/b/a Lloyd Mandel Mitzvah Memorial Funerals with a principal place of business at 500 Lake Cook Road, Suite 350, Deerfield, Illinois 60015.

## JURISDICTION

3. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331, in that this action involves questions of federal law pursuant to 28 U.S.C. § 1338(a) and 1338(b) involving federal claims for false designation and origin and trademark dilution.

4. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

## VENUE

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) since a substantial part of the events giving rise to the claims occurred in this judicial district.

## FACTUAL BACKGROUND

6. Mandel founded Lloyd Mandel Levayah Funerals, P.C. on or about November 4, 1988 to conduct business in the funeral services industry in and around northern Illinois.

7. Upon information and belief, Mandel was the sole director, officer, and shareholder of Lloyd Mandel Levayah Funerals, P.C.

8. SCI purchased Lloyd Mandel Levayah Funerals, P.C. from Mandel pursuant to an Asset Purchase Agreement dated July 12, 1995 ("Agreement"). The Agreement is attached hereto and incorporated herein as Exhibit "A."

9. Pursuant to the Agreement, SCI paid Mandel $3.5 million dollars in return for Mandel's assets which included "the good will of the Seller [Mandel] in the Business…and all of Seller's [Mandel's] right, title and interest in and right to use the name "Lloyd Mandel Levayah Funerals" and "Levayah Funerals" and any other names so similar as to require consent of the Seller to their rightful use, as well as any other trade name(s) utilized in connection with the operation of the Business." See Exhibit A, Section 1.1g.

130012299v1 914835 40104

10. Mandel and SCI agreed that the $3.5 million dollar purchase price would be allocated with $3,361,500.00 for name and reputation and $138,500.00 for furniture, fixtures and equipment. See Exhibit A, Section 1.1.

11. Pursuant to the Agreement, Mandel and SCI agreed the assets being sold by Mandel to SCI included the trade name: Levayah Funerals and the name and the related mark Lloyd Mandel Levayah Funerals. See Exhibit A, Section 3.11.

12. Mandel and SCI further agreed that specific performance was warranted for any dispute arising from the Agreement because damages for breach of the Agreement and covenants contained therein would be inadequate so that each of the parties would be entitled to specific performance or injunctive relief, or both. See Exhibit A, Section 8.4.

13. Since the purchase of Lloyd Mandel Levayah Funerals from Mandel in 1995, SCI has owned and operated Lloyd Mandel Levayah Funerals providing funeral services to its customers in northern Illinois, and advertising for said services nationally through its website, and regionally throughout Midwestern states of the United States by way of circulated newspapers and other printed media including but not limited to Wisconsin, Iowa, Michigan and Indiana.

14. Mandel recently began competing against SCI for funeral service work in northern Illinois utilizing the trade name Lloyd Mandel Mitzvah Memorial Funerals, and, upon information and belief, advertising for said services nationally through a website, and regionally throughout Midwestern states of the United States by way of circulated newspapers and other printed media including but not limited to Wisconsin, Iowa, Michigan and Indiana.

15. On or about August 10, 2010 SCI, through its counsel, sent Mandel a cease and desist letter stating that Mandel's use of the name "Lloyd Mandel Mitzvah Memorial Funerals" was confusingly similar to SCI's rightful use of Lloyd Mandel Levayah Funerals and requested

130012299v1 914835 40104

Mandel to immediately discontinue use of the Lloyd Mandel name in connection with funeral services. The August 10, 2010 letter is attached hereto and incorporated herein as Exhibit "B."

16. Mandel responded to SCI's cease and desist letter (Exhibit "B") by way of an e-mail dated August 8, 2010 wherein Mandel refused to cease and desist use of the Lloyd Mandel name in connection with funeral services. Mandel's August 8, 2010 e-mail is attached hereto and incorporated herein as Exhibit "C."

17. Mandel's prior and continued use of the name Lloyd Mandel Mitzvah Memorial Funerals is confusingly similar to SCI's rightful use of the name Lloyd Mandel Levayah Funerals.

18. Mandel's use, infringement and dilution of SCI's Lloyd Mandel Levayah Funerals mark have been willful.

## FIRST CLAIM FOR RELIEF

### (False Designation of Origin, 15 U.S.C. § 1125(a))

19. SCI adopts and realleges paragraphs 1-18.

20. SCI is the owner of the mark Lloyd Mandel Levayah Funerals in connection with its performance of funeral services in northern Illinois, and advertisement for said services nationally through its website, and regionally throughout Midwestern states of the United States by way of circulated newspapers and other printed media including but not limited to Wisconsin, Iowa, Michigan and Indiana.

21. Mandel's use of the trade name Lloyd Mandel Mitzvah Memorial Funerals is likely to cause confusion, mistake, or to deceive as to the affiliation, connection or association of Lloyd Mandel Mitzvah Memorial Funerals with Lloyd Mandel Levayah Funerals, or as to the origin, sponsorship, or approval of Lloyd Mandel Mitzvah Memorial Funerals' commercial activities or services by Lloyd Mandel Levayah Funerals.

130012299v1 914835 40104

22. Mandel's use of the trade name Lloyd Mandel Mitzvah Memorial Funerals constitutes a false designation of origin in violation of § 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

23. Mandel's use of the trade name Lloyd Mandel Mitzvah Memorial Funerals constitutes a false or misleading description or representation in violation of § 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

24. Mandel's use of the trade name Lloyd Mandel Mitzvah Memorial Funerals has caused substantial and irreparable harm, damage and injury to SCI and will continue to cause such harm, damage and injury to SCI unless Mandel's use is permanently enjoined.

## SECOND CLAIM FOR RELIEF

### (Dilution, 15 U.S.C. § 1125(c))

25. SCI adopts and realleges paragraphs 1- 24.

26. SCI is the owner of the trade name Lloyd Mandel Levayah Funerals in connection with the performance of funeral services in northern Illinois, and advertising for said services nationally through its website, and regionally throughout Midwestern states of the United States by way of circulated newspapers and other printed media including but not limited to Wisconsin, Iowa, Michigan and Indiana.

27. Mandel's use of the trade name Lloyd Mandel Mitzvah Memorial Funerals on his website and advertisements in connection with Mandel's performance of funeral services in northern Illinois dilutes the distinctive quality of SCI's famous trademark Lloyd Mandel Levayah Funerals.

## THIRD CLAIM FOR RELIEF

### (State Claim – Common Law Trademark Infringement)

28. SCI adopts and realleges paragraphs 1- 27.

130012299v1 914835 40104

29. Mandel's use of the trade name Lloyd Mandel Mitzvah Memorial Funerals is likely to cause confusion as to whether or not Lloyd Mandel Mitzvah Memorial Funerals is affiliated with, connected with, or sponsored by Lloyd Mandel Levayah Funerals.

30. Mandel's conduct has caused substantial and irreparable harm, damage and injury to SCI in that customers seeking information about Lloyd Mandel Levayah Funerals are likely to believe that Lloyd Mandel Mitzvah Memorial Funerals is linked, affiliated or related to Lloyd Mandel Levayah Funerals.

31. Mandel's conduct will continue to cause such harm, damage, and injury to SCI unless Mandel is permanently enjoined by the Court to immediately and forever cease such use of the name Lloyd Mandel Mitzvah Memorial Funerals or any other confusingly similar name to Lloyd Mandel Levayah Funerals.

## FOURTH CLAIM FOR RELIEF

**(State Claim – Violation of the Illinois Uniform
Deceptive and Unfair Trade Practices Act – 815 ILCS 510/2)**

32. SCI adopts and realleges paragraphs 1-31.

33. The foregoing acts of Mandel are in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2.

## FIFTH CLAIM FOR RELIEF

**(State Claim – Breach of Contract)**

34. SCI adopts and realleges paragraphs 1-33.

35. The foregoing acts of Mandel constitute a breach of the Agreement (Exhibit A) and entitle SCI to all damages recoverable at law for same.

130012299v1 914835 40104

## **PRAYER FOR RELIEF**

**WHEREFORE**, SCI Illinois Services, Inc. requests that this Court enter judgement in its favor and against Mandel on the claims herein and that this Court:

(1) Preliminarily and permanently enjoin Mandel from using the name Lloyd Mandel Mitzvah Memorial Funerals;

(2) Preliminarily and permanently enjoin Mandel from using any trademark, service mark, or trade name confusingly similar to SCI's trademark Lloyd Mandel Levayah Funerals;

(3) Award SCI all damages it has sustained as a result of Mandel's activities and that said damages be trebled pursuant to § 15 U.S.C. § 1117;

(4) Award SCI its reasonable attorneys' fees pursuant to § 15 U.S.C. § 1117;

(5) Award SCI its costs of this action along with prejudgment and post-judgment interest pursuant to §15 U.S.C. § 1117; and

(6) Award SCI such other and further relief as this Court may deem just and proper under the circumstances presented.

Respectfully submitted,

SCI ILLINOIS SERVICES, INC.,
an Illinois corporation

By: _s/s PhilipR. Kujawa_
One of Its Attorneys

Philip R. Kujawa
Kourtney A. Mulcahy
Conrad Nowak
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Firm ID 90384